## City of Jackson v. Jackson Waterworks et al.

Feb. 22, 1944.

Grannis Bach, J. P. Haney and Moss Noble for appellant.

S. S. Willis and A. H. Patton for appellees.

OPINION OF THE COURT BY VAN SANT, COMMISSIONER —Affirming.

Appellees have filed a brief, but the appellant has not.

Where no brief has been filed for the appellant, pointing to errors relied upon for reversal, it will be presumed that no errors exist and the judgment is correct. Pikeville National Bank vs. Hunt et al., 218 Ky. 756, 292 S. W. 327, and cases therein cited.

The judgment is affirmed.